UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ] | CHAPTER 7 PROCEEDING |
| | ] | |
| STEVEN M. PAIGE, | ] | CASE NO. 17-04778 |
| | ] | |
| DEBTOR. | ] | HONORABLE JACK B. SCHMETTERER |

### AGREED ORDER FOR DISGORGEMENT AND OTHER RELIEF

This matter came before the Court upon a Motion for Entry of an Agreed Order. The parties agreeing to entry of this Order, David M. Siegel of David M. Siegel & Associates, LLC, and Patrick S. Layng, United States Trustee for Region 11, stipulate to the Court as follows:

a. David M. Siegel of David M. Siegel & Associates, LLC represented the debtor in the above-captioned bankruptcy proceeding;

b. The original Schedules and Statement of Financial Affairs that David M. Siegel filed on behalf of the Debtor in the above-captioned bankruptcy proceeding contained inaccuracies, due in part to the fact that some material information was undisclosed;

c. Based on his investigation, the United States Trustee believes that David M. Siegel should have known that the original Schedules and Statement of Financial Affairs were not accurate when those documents were filed with the court and that a factual basis exists for actions against David M. Siegel under 11 U.S.C. §§ 105, 329, 526(a) and 707(b)(4); the United States Trustee further believes that David M. Siegel's conduct in this case contributed in part to an action against the Debtor under 11 U.S.C. § 727.

d. That David M. Siegel disputes the United States Trustee's contention that David M. Siegel should have known that the original Schedules and Statement of Financial Affairs were not accurate when those documents were filed with the court. Further, David M. Siegel disputes the United States Trustee's contention that David M. Siegel's conduct in this case contributed in part to an action against the Debtor under 11 U.S.C. § 727.

e. The United States Trustee and David M. Siegel have discussed their respective positions and have agreed to the following resolution in lieu of further litigation: (1) David M. Siegel will refund $832.50 of the $1,665.00 fee collected in the above-captioned case to the Debtor within ten (10) days from entry of this Agreed Order, with a contemporaneous copy of



the payment to the United States Trustee's Office via email, attention Denise DeLaurent and (2) David M. Siegel will reimburse the United States Trustee for $870 in out-of-pocket costs incurred in connection with the deposition of Jason Cotey, Esq. in connection with the matter styled *Patrick S. Layng, United States Trustee vs. Steven M. Paige.*

NOW THEREFORE, upon agreement of the United States Trustee and David M. Siegel, IT IS HEREBY ORDERED that:

1. David M. Siegel of David M. Siegel & Associates, LLC shall refund $832.50 of the $1,665.00 fee collected in the above-captioned case to the Debtor within ten (10) days from entry of this Agreed Order, with a contemporaneous copy of the refund to the United States Trustee's Office via email, attention Denise DeLaurent; and

2. David M. Siegel of David M. Siegel & Associates, LLC shall pay $870 to the "United States Trustee Program" within ten (10) days from entry of this Agreed Order.

ENTERED:

Dated:  **16 APR 2019**

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Order agreed to by:

David M. Siegel
David M. Siegel & Associates, LLC

Denise DeLaurent, Esq.
on behalf of Patrick S. Layng.
United States Trustee for Region 11

